IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| WILLIAMS CARPET CONTRACTORS, INC., ) | CIVIL ACTION NUMBER: |
| ) | |
| Plaintiff, ) | 4:11-cv-02903-RBH |
| ) | |
| v. ) | |
| ) | |
| D.R. HORTON, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER GRANTING CONSENT MOTION REFERRING CLAIMS TO ARBITRATION**

Before the Court is the parties' Consent Motion Referring Claims to Arbitration. After reviewing said motion, the Court is of the opinion that the parties' Motion should be GRANTED. It is therefore

ORDERED that the Consent Motion Referring Claims to Arbitration is granted in its entirety and this case is stayed pending completion of the arbitration. The arbitration will be conducted by William Edward Lawson unless a conflict should arise and then in such event the arbitrator shall be Robert Calamari. The parties shall equally share in responsibility for the compensation of the arbitrator unless otherwise directed by the arbitrator in the final determination. The parties shall respond to such interrogatories, requests for production, and requests to admit as either party may serve, pursuant to the Federal Rules of Civil Procedure. The parties, with the assistance and approval of the arbitrator, will agree to a schedule for such other discovery as they may agree to conduct and for proceedings before the arbitrator. Neither party shall have a right of appeal from the arbitrator's decision. This Court shall retain jurisdiction for the purpose of enforcing the arbitrator's award, if necessary.

AND IT IS SO ORDERED.

Dated this 10th day of July, 2012.

s/R. Bryan Harwell
The Hon. R. Bryan Harwell
United States District Court Judge