IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Williams Carpet Contractors, Inc. | ) | Civil Action No.: 4:11-cv-2903-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **O R D E R** |
| D.R. Horton, Inc., | ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |

      The Court has reviewed the status report filed in this case and the history of proceedings in the case. On July 10, 2012, this Court signed a Consent Order staying the case pending arbitration. The Court appreciates the fact that the parties appear to be conducting discovery, but the Court wants to make clear that the arbitration should be concluded within one (1) year of the Consent Order referring the claims to arbitration. The parties shall make a filing on the docket immediately upon the conclusion of the arbitration.

      The case is stayed until July 10, 2013. The arbitration shall be concluded by July 10, 2013.

      **AND IT IS SO ORDERED**.

December 6, 2012                                                     s/R. Bryan Harwell
Florence, SC                                                               United States District Judge